NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOOST OXYGEN, LLC,**
*Plaintiff-Appellant*

**v.**

**OXYGEN PLUS, INC.,**
*Defendant-Appellee*

---

2020-2268

---

Appeal from the United States District Court for the District of Minnesota in No. 0:17-cv-05004-PJS-DTS, Judge Patrick J. Schiltz.

---

## JUDGMENT

---

BARRY LANDY, Ciresi Conlin LLP, Minneapolis, MN, for plaintiff-appellant.  Also represented by JACOB FATULA SIEGEL; ROBERT NEUNER, Hoffmann & Baron, LLP, Parsippany, NJ.

LOREN HANSEN, Lathrop GPM LLP, Minneapolis, MN, for defendant-appellee.  Also represented by RICHARD C. LANDON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April  8, 2021　　　　/s/ Peter R. Marksteiner
　　Date　　　　　　Peter R. Marksteiner
　　　　　　　　　　Clerk of Court